## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **NEW JERSEY BUILDING LABORERS STATEWIDE BENEFIT FUNDS and THE TRUSTEES THEREOF,** | 07-2567 (WJM) |
| Petitioner, | **ORDER** |
| v. | |
| SITECH, | |
| Respondent. | |

**THIS MATTER** comes before the Court on Petitioner's motion to compel Respondent to comply with the information subpoena served on July 24, 2007, which is referred to by Petitioners as a Motion to Enforce Litigant's Rights; and Petitioner having acted in compliance with Fed. R. Civ. P. 69(a), which governs the execution of money judgments, and N.J. Ct. R. 6:7-2; and Respondent having failed both to respond to the information subpoena and to satisfy the judgment of $11,665.91 entered by this Court on July 19, 2007; and the Court having considered the moving papers submitted by Petitioners; and the Respondent having failed to respond to the petition; and for good cause appearing,

**IT IS** on this 26th day of January 2009, hereby

**ORDERED** that Respondent shall immediately furnish answers as required by the information subpoena; and it is

**FURTHER ORDERED** that failure by Respondent to comply with the information subpoena within ten (10) days of the certified date of personal service or mailing of this order will result in the Court's issuance of an order to show cause why Respondent should not be held in contempt.

 /s/ William J. Martini
**WILLIAM J. MARTINI, U.S.D.J**